EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Acting Senior Assistant Attorney General
JENNIFER T. HENDERSON, State Bar No. 206231
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5366
  Fax: (916) 327-2319
  E-mail: Jennifer.Henderson@doj.ca.gov
*Attorneys for Defendant, State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRIENDS OF AMADOR COUNTY, BEA CRABTREE, JUNE GEARY,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**KENNETH SALAZAR, SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, United States Department of Interior, THE NATIONAL INDIAN GAMING COMMISSION, GEORGE SKIBINE, Acting Chairman of the National Indian Gaming Commission, THE STATE OF CALIFORNIA, Arnold Schwarzenegger Governor of the State of California,**<br><br>                        Defendants. | 2:10-cv-00348-WBS-KJM<br><br>**ORDER EXTENDING TIME TO FILE ANSWER OR RESPONSE TO COMPLAINT** |

     On April 30, 2010, James E. Marino, Esq., Plaintiffs Friends of Amador County, Bea Crabtree, June Geary (Plaintiffs), and Jennifer T. Henderson, Deputy Attorney General, counsel for Defendants the State of California and Governor Arnold Schwarzenegger (State Defendants), filed a stipulation indicating that the State Defendants had been served with the complaint and their answer or response is due on or before May 7, 2010. Based on a date of service of April 16,

1

1 | 2010 on Defendants Kenneth Salazar, Secretary of the U.S. Department of the Interior, the
2 | National Indian Gaming Commission, and George Skibine, Acting Chairman of the National
3 | Gaming Commission, pursuant to Federal Rule of Civil Procedure 12(a), the federal defendants'
4 | answer or response would be due on or before June 15, 2010.  Counsel further agreed that it
5 | would be most efficient and economical to establish a single deadline by which all defendants
6 | must file an answer or response to the amended complaint.
7 |     Based upon counsel's stipulation, the State Defendants' answer or response to the
8 | complaint shall be filed on or before June 15, 2010.
9 |     IT IS SO ORDERED.

DATED:  May 11, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE