1  EDMUND G. BROWN JR.
   Attorney General of California
2  SARA J. DRAKE
   Senior Assistant Attorney General
3  JENNIFER T. HENDERSON, State Bar No. 206231
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 324-5366
6    Fax: (916) 327-2319
     E-mail: Jennifer.Henderson@doj.ca.gov
7  *Attorneys for Defendant, State of California*

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **FRIENDS OF AMADOR COUNTY, BEA**          2:10-cv-00348-WBS-KJM
    **CRABTREE, JUNE GEARY,**
13                                             **STIPULATION AND [~~PROPOSED~~]**
                                    Plaintiffs, **ORDER FOR EXTENSION OF TIME TO**
14                                             **ANSWER OR RESPOND TO**
         **v.**                                **COMPLAINT**
15

16  **KENNETH SALAZAR, SECRETARY OF**
    **THE UNITED STATES DEPARTMENT**
17  **OF INTERIOR, United States Department**  Judge       The Honorable William B.
    **of Interior, THE NATIONAL INDIAN**                   Shubb
18  **GAMING COMMISSION, GEORGE**              Trial Date  N/A
    **SKIBINE, Acting Chairman of the National** Action Filed:  February 10, 2010
19  **Indian Gaming Commission, THE STATE**
    **OF CALIFORNIA, Arnold Schwarzenegger**
20  **Governor of the State of California,**

21                                 Defendants.

22

23       IT IS HEREBY STIPULATED by and between parties Plaintiffs Friends of Amador

24  County, Bea Crabtree, June Geary (Plaintiffs), Defendants Kenneth Salazar, Secretary of the

25  Interior, the United States Department of the Interior, the National Indian Gaming Commission,

26  and George Skibine, Acting Chairman of the National Indian Gaming Commission, (Federal

27  Defendants) and Defendants the State of California and Governor Arnold Schwarzenegger (State

28

                                              1

1   Defendants), through their respective counsel, as follows:

2        That the Federal and State Defendants shall have up to and including June 22, 2010, in

3   which to answer or otherwise respond to Plaintiffs' complaint for Declaratory Relief, Injunction

4   and/or Mandamus or Prohibition, filed February 10, 2010.

5        THEREFORE, the Federal and State Defendants' answer or response to the complaint shall

6   be filed on or before June 22, 2010.

7   Dated:  June 16, 2010                         EDMUND G. BROWN JR.
                                                   Attorney General of California
8
                                                    /s/ JENNIFER T. HENDERSON
9
                                                   JENNIFER T. HENDERSON
10                                                 Deputy Attorney General
                                                   *Attorneys for State Defendants*
11

12  Dated:  June 16, 2010                         LAW OFFICE OF JAMES E. MARINO

13                                                  /s/ JAMES E. MARINO (as authorized
                                                                        on 6/14/10)
14
                                                   JAMES E. MARINO
15                                                 *Attorney for Plaintiffs*

16
    Dated:  June 14, 2010                         IGNACIA S. MORENO
17                                                 Assistant Attorney General
                                                   Environment and Natural Resources Division
18                                                 United States Department of Justice

19                                                  /s/ JUDITH RABINOWITZ (as
                                                                    authorized on 6/14/10)
20
                                                   JUDITH RABINOWITZ
21                                                 *Attorneys for Federal Defendants*

22
                                    **ORDER**
23
    **IT IS SO ORDERED.**
24
    Dated:  June 15, 2010
25

26

27                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
28

                                          2