1  EDMUND G. BROWN JR.
   Attorney General of California
2  SARA J. DRAKE
   Senior Assistant Attorney General
3  JENNIFER T. HENDERSON, State Bar No. 206231
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 324-5366
6    Fax: (916) 327-2319
     E-mail: Jennifer.Henderson@doj.ca.gov
7  *Attorneys for Defendant, State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRIENDS OF AMADOR COUNTY, BEA CRABTREE, JUNE GEARY,**<br><br>Plaintiffs,<br><br>v.<br><br>**KENNETH SALAZAR, SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, United States Department of Interior, THE NATIONAL INDIAN GAMING COMMISSION, GEORGE SKIBINE, Acting Chairman of the National Indian Gaming Commission, THE STATE OF CALIFORNIA, Arnold Schwarzenegger Governor of the State of California,**<br><br>Defendants. | 2:10-cv-00348-WBS-KJM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE DATE**<br><br><br>Judge     The Honorable William B. Shubb<br>Trial Date    N/A<br>Action Filed: February 10, 2010 |

IT IS HEREBY STIPULATED by and between parties Plaintiffs Friends of Amador County, Bea Crabtree, June Geary (Plaintiffs), Defendants Kenneth Salazar, Secretary of the Interior, the United States Department of the Interior, the National Indian Gaming Commission, and George Skibine, Acting Chairman of the National Indian Gaming Commission, (Federal Defendants) and Defendants the State of California and Governor Arnold Schwarzenegger (State

1

Defendants), through their respective counsel, as follows:

On June 22, 2010, State Defendants filed and served their Motion to Dismiss, which is set for hearing on September 13, 2010.  The Status Conference is currently scheduled for August 9, 2010 at 2:00 p.m.  The parties have agreed to request that the Court continue the Status Conference to a date after the hearing on State Defendants' Motion to Dismiss.

THEREFORE, the Status Conference, currently on calendar for August 9, 2010 at 2:00 p.m., will be continued to October 18, 2010 at 2:00 p.m. and the Joint Status Conference Statement will be due on October 4, 2010.

Dated:  July __, 2010

EDMUND G. BROWN JR.
Attorney General of California

/s/ JENNIFER T. HENDERSON

JENNIFER T. HENDERSON
Deputy Attorney General
*Attorneys for State Defendants*

Dated:  July __, 2010

LAW OFFICE OF JAMES E. MARINO

/s/ JAMES E. MARINO (as Authorized on 7/16/10)

JAMES E. MARINO
*Attorney for Plaintiffs*

Dated:  July __, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ JUDITH RABINOWITZ (as authorized on 7/15/10)

JUDITH RABINOWITZ
*Attorneys for Federal Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated: July 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE