JUDITH RABINOWITZ
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486
Facsimile: (415) 744-6476
Email: judith.rabinowitz2@usdoj.gov
*Attorney for Federal Defendants, the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF AMADOR COUNTY, BEA CRABTREE, JUNE GEARY, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH SALAZAR, Secretary of the United States Department of the Interior, UNITED STATES DEPARTMENT OF INTERIOR, THE NATIONAL INDIAN GAMING COMMISSION, TRACIE STEVENS, Chairwoman of the National Indian Gaming Commission, <br><br> Defendants | Case No. 2:10-cv-00348-WBS-KJM <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** <br><br> Judge    Honorable William B. Shubb <br> Trial Date    N/A <br> Action Filed    February 10, 2010 |

IT IS HEREBY STIPULATED, pursuant to L.R. 144, by and between the parties Plaintiffs Friends of Amador County, Bea Crabtree, June Geary (Plaintiffs), Defendants Kenneth Salazar, Secretary of the Interior, the United States Department of the Interior, the National Indian Gaming Commission, and Tracie Stevens, Chairman of the National Indian Gaming Commission, (Federal Defendants), through their respective counsel, as follows:

The Court of Appeals, District of Columbia Circuit has recently decided the case of Amador County v. Salazar, 640 F.3d 373 (D.C. Cir. 2011). Given that decision's possible implications for the determination of this case, the parties have agreed to the need for additional time to formulate appropriate motions and briefs in support in this case.

1     Owing to this development and other contingencies, the parties have further agreed that the schedule set forth by the Status (Pretrial Scheduling) Order of October 18, 2010 (Dkt. No. 26), be amended to allow filing of motions on or before August 17, 2011.  Thereafter, all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall have been filed.

    THEREFORE, parties' motions shall be filed on or before August 17, 2011.

Dated: July 5, 2011              _____/s/_____
JUDITH RABINOWITZ
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486
Facsimile: (415) 744-6476
Email: judith.rabinowitz2@usdoj.gov
*Attorney for Federal Defendants*

Dated: July 5, 2011              LAW OFFICE OF JAMES E. MARINO
_____/s/_____
JAMES E. MARINO (as authorized on 7/5/11)

JAMES E. MARINO
*Attorney for Plaintiffs*

### **ORDER**

**IT IS SO ORDERED.**

Dated:  July 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE