PADRAIC I. MCCOY
Tilden McCoy + Dilweg LLP
2334 Broadway, Suite D
Boulder, CO  80304
Telephone: (303) 323-1922
Fax: (303) 416-8707
Email:  pmccoy@tildenmccoy.com
California State Bar No. 223341
*Attorneys for Buena Vista Rancheria of Me-wuk Indians*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF AMADOR COUNTY, BEA CRABTREE, JUNE GEARY, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH SALAZAR, SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, United States Department of Interior, THE NATIONAL INDIAN GAMING COMMISSION, GEORGE SKIBINE, Acting Chairman of the National Indian Gaming Commission, et al., <br><br> Defendants. | 2:10-cv-00348-WBS-KJM <br><br> **NOTICE OF TRIBE'S REQUEST TO APPEAR SPECIALLY TO SUBMIT MOTION TO DISMISS** <br><br> (Fed. R. Civ. P. 19) <br><br> Date:         September 26, 2011 <br> Time:        2:00 p.m. <br> Courtroom: 5 <br> Judge:       The Honorable William B. Shubb <br> Trial Date:  None Set <br> Action Filed: February 10, 2010 |

TO PLAINTIFFS, FRIENDS OF AMADOR COUNTY, BEA CRABTREE, JUNE GEARY, AND

TO DEFENDANTS, THE UNITED STATES, AND THEIR ATTORNEYS OF RECORD:

 PLEASE TAKE NOTICE that on September 26, 2011, at 2:00 p.m., or as soon thereafter as

the matter may be heard in the United States District Court, Eastern District of California, located at

501 I Street, Sacramento, California, 95814, Courtroom 5, the Buena Vista Rancheria of Me-Wuk

Indians (the "Tribe") will request this Court grant it a limited and special appearance for the purpose

of moving this Court to dismiss Plaintiffs' complaint for failure to join the Tribe and the State of

California as required and indispensible parties pursuant to Fed. R. Civ. P. 19, which motion will be made on the following grounds:

1. If this Court grants Plaintiffs' requests, the order will not accord Plaintiffs complete relief because it will fail to bind the Tribe and the State, who are the only two parties to the challenged Amended Compact;

2. This action's continuation in the absence of either the Tribe or the State will impair those entities' ability to defend their legally protected interests in the challenged Amended Compact to which only the Tribe and State are parties;

3. This action's continuation in the absence of the Tribe will impair its ability to defend its legally protected interests in (i) a 1983 stipulation by which the Tribe and its Indian members were restored to federal-recognition, to which the Tribe is a party, and (ii) a 1987 stipulation by which the Tribe's Indian reservation was restored to federal-recognition, to which the Tribe is a party; and

4. Neither the Tribe nor the State may be joined because the Tribe and the State each enjoy sovereign immunity from suit, which neither has waived here.

The motion will be based on this notice, the accompanying memorandum of points and authorities, the pleadings, papers, records, and files in this action, and on such oral or documentary evidence as may be presented at the hearing on the motion.

DATED: August 16, 2011

Respectfully submitted,

/s/ PADRAIC I. MCCOY

PADRAIC I. MCCOY
Tilden McCoy + Dilweg LLP
*Attorneys for Buena Vista Rancheria of Me-Wuk Indians*