JUDITH RABINOWITZ
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486
Facsimile: (415) 744-6476
Email: judith.rabinowitz2@usdoj.gov
*Attorney for Federal Defendants*

JAMES E. MARINO, ESQ.
1026 Camino del Rio
Santana Barbara, CA 93110
Telephone (805) 967-5141
Fax: (805) 967-5141
Email: jmarinolaw@hotmail.com
*Attorney for Plaintiffs*
SBN 57706

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF AMADOR COUNTY, BEA CRABTREE, JUNE GEARY, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH SALAZAR, Secretary of the United States Department of the Interior, UNITED STATES DEPARTMENT OF INTERIOR, THE NATIONAL INDIAN GAMING COMMISSION, TRACIE STEVENS, Chairwoman of the National Indian Gaming Commission, <br><br> Defendants | Case No. 2:10-cv-00348-WBS-GGH <br><br> **PARTIES' STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** <br><br> Judge      Honorable William B. Shubb <br> Trial Date   November 15, 2011 <br> Action Filed  February 10, 2010 |

WHEREAS, on August, 16, 2011, the non-party Buena Vista Rancheria of Me-wuk Indians filed a Motion to Dismiss based upon Rule 19 of the Federal Rules of Civil Procedure;

WHEREAS, the Parties' cross motions for disposition of the above-captioned matter are currently due on August 17, 2011, upon one previous extension from July 6, 2011;

WHEREAS, the interests of judicial economy could be served by sequential, rather than simultaneous, consideration of substantive motions;

IT IS HEREBY STIPULATED, pursuant to L.R. 144(e), by and between the parties Plaintiffs Friends of Amador County, Bea Crabtree, June Geary (Plaintiffs), Defendants Kenneth Salazar, Secretary of the Interior, the United States Department of the Interior, the National Indian Gaming Commission, and Tracie Stevens, Chairman of the National Indian Gaming Commission, (Federal Defendants), through their respective counsel, as follows:

That the parties have agreed to suggest to this Court that their motions be presented on or before fourteen days from the Court's disposition of the newly filed motion of the Buena Vista Rancheria of Me-wuk Indians (Dkt. No. 32), and that the schedule set forth by the Status (Pretrial Scheduling) Order of October 18, 2010 (Dkt. No.26), be amended accordingly.

THEREFORE, the Parties' motions shall be filed on or before fourteen days after the Court has ruled upon the Buena Vista Rancheria of Me-wuk Indians' motion.

Dated: August 17, 2011                                /s/
                                     JUDITH RABINOWITZ
                                     Indian Resources Section
                                     Environment and Natural Resources Division
                                     United States Department of Justice
                                     301 Howard Street, Suite 1050
                                     San Francisco, CA 94105
                                     Telephone: (415) 744-6486
                                     Facsimile: (415) 744-6476
                                     Email: judith.rabinowitz2@usdoj.gov
                                     *Attorney for Federal Defendants*

Dated: August 17, 2011           LAW OFFICE OF JAMES E. MARINO
                                             /s/
                                 JAMES E. MARINO (as authorized on 8/17/11)
                                 *Attorney for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated: August 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order for Extension of Time (2:10-cv-00348-WBS-GGH)