1 | JUDITH RABINOWITZ
Indian Resources Section
2 | Environment and Natural Resources Division
United States Department of Justice
3 | 301 Howard Street, Suite 1050
San Francisco, CA 94105
4 | Telephone: (415) 744-6486
Facsimile: (415) 744-6476
5 | Email: judith.rabinowitz2@usdoj.gov
6 | *Attorney for Federal Defendants*

7 | JAMES E. MARINO, ESQ.
1026 Camino del Rio
8 | Santana Barbara, CA 93110
Telephone (805) 967-5141
9 | Fax: (805) 967-5141
Email: jmarinolaw@hotmail.com
10 | *Attorney for Plaintiffs*
SBN 57706

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF AMADOR COUNTY, BEA CRABTREE, JUNE GEARY, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH SALAZAR, Secretary of the United States Department of the Interior, UNITED STATES DEPARTMENT OF INTERIOR, THE NATIONAL INDIAN GAMING COMMISSION, TRACIE STEVENS, Chairwoman of the National Indian Gaming Commission, <br><br> Defendants | Case No. 2:10-cv-00348-WBS-GGH <br><br> **PARTIES' STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** <br><br> Judge  Honorable William B. Shubb <br> Trial Date  November 15, 2011 <br> Action Filed  February 10, 2010 |

WHEREAS, on August, 16, 2011, the non-party Buena Vista Rancheria of Me-wuk Indians filed a Motion to Dismiss based upon Rule 19 of the Federal Rules of Civil Procedure;

WHEREAS, the Parties' cross motions for disposition of the above-captioned matter are currently due on August 17, 2011, upon one previous extension from July 6, 2011;

Stipulation and [Proposed] Order for Extension of Time (2:10-cv-00348-WBS-GGH)

WHEREAS, the interests of judicial economy could be served by sequential, rather than simultaneous, consideration of substantive motions;

IT IS HEREBY STIPULATED, pursuant to L.R. 144(e), by and between the parties Plaintiffs Friends of Amador County, Bea Crabtree, June Geary (Plaintiffs), Defendants Kenneth Salazar, Secretary of the Interior, the United States Department of the Interior, the National Indian Gaming Commission, and Tracie Stevens, Chairman of the National Indian Gaming Commission, (Federal Defendants), through their respective counsel, as follows:

That the parties have agreed to suggest to this Court that their motions be presented on or before fourteen days from the Court's disposition of the newly filed motion of the Buena Vista Rancheria of Me-wuk Indians (Dkt. No. 32), and that the schedule set forth by the Status (Pretrial Scheduling) Order of October 18, 2010 (Dkt. No.26), be amended accordingly.

THEREFORE, the Parties' motions shall be filed on or before fourteen days after the Court has ruled upon the Buena Vista Rancheria of Me-wuk Indians' motion.

Dated: August 17, 2011                          /s/
                                         JUDITH RABINOWITZ
                                         Indian Resources Section
                                         Environment and Natural Resources Division
                                         United States Department of Justice
                                         301 Howard Street, Suite 1050
                                         San Francisco, CA 94105
                                         Telephone: (415) 744-6486
                                         Facsimile: (415) 744-6476
                                         Email: judith.rabinowitz2@usdoj.gov
                                         *Attorney for Federal Defendants*

Dated: August 17, 2011              LAW OFFICE OF JAMES E. MARINO
                                         /s/
                                    JAMES E. MARINO (as authorized on 8/17/11)
                                    *Attorney for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

Dated: August 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order for Extension of Time (2:10-cv-00348-WBS-GGH)